# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2004

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting. *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griesa, Thomas P. | United States District Court | 05/16/2005 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ___ Nomination, Date ___ / / ___  <br> ___ Initial  X Annual  ___ Final | 01/01/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable law and regulations. |
|---|---|
| United States District Court <br> 500 Pearl Street, Room 1630 <br> New York, NY 10007 | Reviewing Officer _____  Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE *(No reportable positions.)* | |
| 1 | Board of Directors | Greater New York Councils Boy Scouts of America |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | X NONE *(No reportable agreements.)* | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|---|
| | ☐ NONE *(No reportable non-investment income.)* | | |
| 1 | | Julia M. Johnston Association | |
| 2 | | 8th Church of Christ, Scientist | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | Law and Economic Center, George Mason University School of Law | March 25-28, LaJolla, California – Seminar on Tocqueville's Democracy in America |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ NONE | (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE | (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, asset , or transactions.) | | | | | | | | | |
| 1  Citibank, NY City | A | Interest | K | T | | | | | |
| 2  AT&T | A | Dividend | J | T | | | | | |
| 3  SBC Communications | B | Dividend | K | T | | | | | |
| 4  Lucent Tecnologies | | None | J | T | | | | | |
| 5  Avaya Inc. | | | | | Sold | 7/20 | J | A | |
| 6  Great Plains Energy | B | Dividend | K | T | | | | | |
| 7  Exelon | B | Dividend | K | T | | | | | |
| 8  Sempra Energy | A | Dividend | K | T | Sold | 10/19 | K | E | |
| 9  Sierra Pacific | | None | J | T | Sold | 7/22 | J | A | |
| 10  Southern Co. | C | Dividend | L | T | | | | | |
| 11  Ameren | C | Dividend | L | T | | | | | |
| 12  Adams Express | C | Dividend | M | T | | | | | |
| 13  Salomon Bros. Fund | B | Dividend | M | T | | | | | |
| 14  Tri-Con | B | Dividend | M | T | | | | | |
| 15  Consolidated Capital | | | | | Sold | 12/30 | J | A | |
| 16  Carlyle XIII | | | | | Liquidated 12/3/03 | | | | |
| 17  Phoenix Companies | A | Dividend | J | T | Sold | 7/22 | J | B | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1,D3)    ●=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions   (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Agere | | None | J | T | Sold | 7/20 | J | A | |
| 19  Comcast | | None | J | T | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: (Col. B1, D4)   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: (Col. C1, D3)   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: (Col. C2)   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market   U=Book Value   V=Other   W=Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signature _____   Date  5/16/c5

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544